```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
GREATER NEW YORK MUTUAL
INSURANCE COMPANY,
                Plaintiff,

    - against -

CONTINENTAL CASUALTY COMPANY,

                Defendant.

19-cv-3268 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On October 13, 2020, the defendant filed a motion to correct the Court's Order denying summary judgment issued on September 8, 2020. ECF No. 40. The plaintiff has not filed a response. The plaintiff is directed to file a response by **December 4, 2020.**

SO ORDERED.

Dated:    New York, New York
            November 24, 2020

                                    _____
                                      John G. Koeltl
                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-20

1