```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GREATER NEW YORK MUTUAL
INSURANCE COMPANY,                        19-cv-3268 (JGK)
              Plaintiff,
                                          ORDER
      - against -

CONTINENTAL CASUALTY COMPANY,

              Defendant.

**JOHN G. KOELTL, District Judge:**

As stated at the teleconference held today, the parties should provide a status report to the Court by **February 22, 2021**.

**SO ORDERED.**

Dated:   New York, New York
         February 8, 2021

                              /s/ John G. Koeltl
                                John G. Koeltl
                         United States District Judge

1